## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sonya Singer                                      CHAPTER 13

                        Debtor(s)

                                                         BKY. NO. 22-10867 AMC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 and index same on the master mailing list.


      Respectfully submitted,


/s/ Rebecca Solarz

Rebecca Solarz
07 Apr 2022, 09:38:42, EDT


      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322