UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Sonya Singer | 22-10867-amc |
| Debtor | Chapter 13 |

### ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted, and the Debtor has until April 28, 2022, to file the missing documents.

BY THE COURT:

**Date: April 19, 2022**

_____

Ashely M. Chan

United States Bankruptcy Judge