United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonya Singer  
    Debtor

Case No. 22-10867-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 28, 2022      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonya Singer, 128 Altimari Ct., Southampton, PA 18966-6000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

**Name**      **Email Address**

BRENNA HOPE MENDELSOHN  
     on behalf of Debtor Sonya Singer tobykmendelsohn@comcast.net

KENNETH E. WEST  
     ecfemails@ph13trustee.com philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 3 |

KENNETH E. WEST

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK

    on behalf of Creditor Nissan Motor Acceptance Corporation d/b/a Nissan Motor Acceptance Company, LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ

    on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    Chapter 13

SONYA SINGER
            Debtor          :     Bankruptcy No.: 22-10867AMC

CONSENT ORDER

AND NOW, this _____ day of _____, 2022, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor's three (3) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, for a period of 365 days, and be it further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

_____
Brenna Hope Mendelsohn, Esquire
Attorney for Debtor

_____
Sonya Singer
Debtor

                    BY THE COURT

                    _____
Date: June 28, 2022     HONORABLE ASHELY M. CHAN
                    BANKRUPTCY JUDGE