# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sonya Singer<br>      Debtor(s)<br><br>U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1, its successors and/or assigns<br>      Movant<br>  vs.<br><br>Sonya Singer<br>      Debtor(s)<br><br>Kenneth E. West<br>      Trustee | CHAPTER 13<br><br>NO. 22-10867 AMC<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1, which was filed with the Court on or about **May 2, 2022, docket number 19**.

               Respectfully submitted,


               /s/ Brian C. Nicholas, Esq.
               _____
               Brian C. Nicholas, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               Phone: (215)-627-1322

Dated: September 22, 2022